UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 07-1374 JVS (CWx)                                Date  June 12, 2008

Title  Dom Tub Supply, Inc., et al. V. SK Shipping Co., Ltd.

Present: The Honorable    James V. Selna

  Karla J. Tunis                                           Not Present
  Deputy Clerk                                          Court Reporter

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:
         Not Present                                         Not Present

**Proceedings:**   ( In Chambers )    Order to Show Cause re failure to File Joint Report Pursuant to Local Rule 26-1

  A Scheduling Conference in this matter has been set for June 16, 2008. Local Rule 26-1 requires a single, joint report. The Court's Order Setting Scheduling Conference requires that joint report to be filed not later than "one week prior to the scheduling conference". As of todays date a joint report has not been filed by the parties.

  The parties are directed to show cause at July 14, 2008 at 11:00 a.m. why the Court should not dismiss the complaint and/or strike the answer for failure to comply with the local rules or otherwise sanction the parties and/or counsel. A written response is due by July 7, 2008. In lieu of separate responses, the parties may file a joint report which conforms with the Local Rules and the Order setting the Scheduling Conference by the same date.

  The Court will conduct a hearing on this order to show cause at 11:00 a.m. on July 14, 2008. If a complying joint report is filed, the Court will convert the hearing into a Scheduling Conference.

                                                                                         :     00
                                                              Initials of Preparer   kjt